1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON #76342
2  bruce.ericson@pillsburylaw.com
   BLAINE I. GREEN #193028
3  blaine.green@pillsburylaw.com
   ROBERT J. NOLAN #235738
4  robert.nolan@pillsburylaw.com
   50 Fremont Street
5  Post Office Box 7880
   San Francisco, CA 94120-7880
6  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
7
   PHELPS DUNBAR LLP
8  MICHAEL D. HUNT (Louisiana Bar No. 7061)
   JANE A. ROBERT (Louisiana Bar No. 19123)
9  445 North Blvd., Suite 701 (70802-5707)
   Post Office Box 4412
10 Baton Rouge, LA 70821-4412
   Telephone: (225) 346-0285
11 Facsimile: (225) 376-0253 or 381-9197

12 Attorneys for Defendant AMITECH USA, LLC

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

17 J.W. EBERT CORPORATION,              C07 06492  HRL
   a California Corporation,
18
                     Plaintiff,         NOTICE OF REMOVAL OF ACTION
19                                      PURSUANT TO 28 U.S.C. § 1441(b)
         vs.                            (DIVERSITY)
20
   AMITECH USA LTD. and Does 1-100,
21
                     Defendant.
22

23

24

25

26

27

28

700909867v1                          - 1 -
                                                    NOTICE OF REMOVAL OF ACTION
                                                    PURSUANT TO 28 U.S.C. § 1441(b)

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2  PLEASE TAKE NOTICE that Defendant **AMITECH USA, LLC** (erroneously named as **AMITECH USA, LTD.**) (hereinafter, "Defendant") hereby removes to this Court the action entitled *J.W. Ebert Corporation v. Amitech USA, Ltd.*, which was originally commenced in the Superior Court of the State of California in and for the County of Santa Clara, as case number 107-CV-094997 ("the State Court Action").

### Jurisdiction

1. The State Court Action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one that may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

### Intradistrict Assignment

2. This Notice of Removal is properly filed in and assigned to the San Jose Division of this Court because the State Court Action was filed in the Superior Court of the State of California in and for the County of Santa Clara.

3. On September 25, 2007, the State Court Action was commenced in the Superior Court of the State of California in and for the County of Santa Clara. Plaintiff did not serve Defendant with a copy of the initial complaint filed in the State Court Action.

4. On November 16, 2007, Plaintiff filed a First Amended Complaint for Damages for Negligence, Breach of Contract, Breach of Warranties, Breach of Implied Warranties of Fitness and Merchantability, Implied Indemnity and Declaratory Relief in the State Court Action ("First Amended Complaint").

5. Defendant first received a copy of the summons and First Amended Complaint on or after November 28, 2007. Accordingly, removal is timely. *See* 28 U.S.C. § 1446(b); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999).

1   6.   The First Amended Complaint alleges that Plaintiff agreed to purchase Flowtite pipe from Defendant for more than $1.4 million for use in a sewer system that Plaintiff had agreed to construct for the City of San Jose. Plaintiff alleges that the Flowtite pipe that Defendant provided was defective in that the steel joints failed, causing the pipes to leak. In addition to breach of contract, Plaintiff alleges causes of action for negligence, breach of express and implied warranties, implied indemnity and declaratory relief.

7.   Plaintiff seeks damages, including but not limited to, monetary damages due to repair and replacement of seals made necessary by allegedly defective pipe joints; overhead, labor and expenses related to corrective work; additional legal and professional costs; and other incidental and consequential damages. Plaintiff's list of remedies also includes liquidated damages allegedly owed to the City of San Jose and attorneys' fees. Plaintiff has asserted that these damages total in excess of $500,000. In addition, Plaintiff seeks a declaration of set-off to avoid a contract balance due Defendant in excess of $200,000. Accordingly, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

8.   Complete diversity of citizenship exists between Plaintiff and Defendant.

9.   Defendant is informed and believes that Plaintiff J.W. Ebert Corporation was at the time of the filing of the State Court Action, and still is, a citizen of the State of California within the meaning of 28 U.S.C. § 1332(c). Specifically, Defendant is informed and believes that Plaintiff was at the time of the filing of the State Court Action, and still is, a corporation incorporated under the laws of the State of California with its principal place of business in California.

10.   Defendant Amitech USA, LLC was at the time of the filing of the State Court Action, and still is, a citizen of the State of Louisiana within the meaning of 28 U.S.C. § 1332(c). Specifically, Defendant was at the time of the filing of the State Court Action, and still is, a limited liability company organized under the laws of the State of Louisiana, with its principal place of business in Zachary, Louisiana. No member of Defendant is a citizen or resident of the State of California. The sole member of Defendant

1. is the Saudi Arabian Amiantit Company ("Amiantit"). Amiantit is a citizen of Saudi Arabia: It is created under the laws of the Kingdom of Saudi Arabia and has its principal place of business in Saudi Arabia.

11. Defendant Amitech USA, LLC is the only named defendant in the State Court Action (other than fictitious defendants sued therein as "Doe" defendants, whose citizenship is disregarded for purposes of removal pursuant to 28 U.S.C. § 1441(a), last sentence).

12. In accordance with 28 U.S.C. § 1446(a), copies of any and all process, pleadings and orders in the State Court Action that have been served upon Defendant (to wit, a Civil Lawsuit Notice by the Superior Court of California, County of Santa Clara; an Alternative Dispute Resolution Information Sheet; the Summons; and the First Amended Complaint, including all documents attached thereto) are attached to this Notice of Removal as Exhibit A.

13. Defendant has filed this Notice of Removal to ensure timely removal to this Court, without waiving any existing defenses, including without limitation any defenses relating to jurisdiction, venue, service of process, and compelling arbitration.

Dated: December 27, 2007.

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
BLAINE I. GREEN
ROBERT J. NOLAN
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

PHELPS DUNBAR LLP
MICHAEL D. HUNT (Louisiana Bar No. 7061)
JANE A. ROBERT (Louisiana Bar No. 19123)
445 North Blvd., Suite 701 (70802-5707)
Post Office Box 4412
Baton Rouge, LA 70821-4412

By _Bruce A. Ericson_ by B.G.
Bruce A. Ericson
Attorneys for Defendant AMITECH USA, LLC