```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON #76342
 2  bruce.ericson@pillsburylaw.com
    BLAINE I. GREEN #193028
 3  blaine.green@pillsburylaw.com
    ROBERT J. NOLAN #235738
 4  robert.nolan@pillsburylaw.com
    50 Fremont Street
 5  Post Office Box 7880
    San Francisco, CA  94120-7880
 6  Telephone: (415) 983-1000
    Facsimile: (415) 983-1200
 7
    PHELPS DUNBAR LLP
 8  MICHAEL D. HUNT (Louisiana Bar No. 7061)
    JANE A. ROBERT (Louisiana Bar No. 19123)
 9  445 North Blvd., Suite 701 (70802-5707)
    Post Office Box 4412
10  Baton Rouge, LA  70821-4412
    Telephone:  (225) 346-0285
11  Facsimile:  (225) 376-0253 or 381-9197

12  Attorneys for Defendant AMITECH USA, LLC
```

**FILED**
2007 DEC 27 P 2:00
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

ADR

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J.W. EBERT CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMITECH USA LTD. and Does 1-100,<br><br>Defendant. | No. C07 06492 HRL<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16; DISCLOSURE STATEMENT OF CORPORATE PARTY |

ORIGINAL
FAXED

700918871v1

- 1 -

CERTIFICATION OF INTERESTED ENTITIES; AND
DISCLOSURE STATEMENT OF CORPORATE PARTY

## CERTIFICATION OF INTERESTED ENTITIES

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

AMITECH USA, LLC (erroneously named as AMITECH USA, LTD.)

SAUDI ARABIAN AMIANTIT COMPANY

## DISCLOSURE STATEMENT OF CORPORATE PARTY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant AMITECH USA, LLC states that it has no parent company, and that SAUDI ARABIAN AMIANTIT COMPANY is the sole publicly held corporation that owns 10% or more of defendant's stock.

Dated: December 27, 2007.

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
BLAINE I. GREEN
ROBERT J. NOLAN
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

PHELPS DUNBAR LLP
MICHAEL D. HUNT (Louisiana Bar No. 7061)
JANE A. ROBERT (Louisiana Bar No. 19123)
445 North Blvd., Suite 701 (70802-5707)
Post Office Box 4412
Baton Rouge, LA 70821-4412

By _____Bruce A. Ericson_____ by B.G.
Bruce A. Ericson
Attorneys for Defendant AMITECH USA, LLC