1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON #76342
2  bruce.ericson@pillsburylaw.com
   BLAINE I. GREEN #193028
3  blaine.green@pillsburylaw.com
   ROBERT J. NOLAN #235736
4  robert.nolan@pillsburylaw.com
   50 Fremont Street
5  Post Office Box 7880
   San Francisco, CA 94120-7880
6  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
7
   PHELPS DUNBAR LLP
8  MICHAEL D. HUNT (Louisiana Bar No. 7061)
   JANE A. ROBERT (Louisiana Bar No. 19123)
9  445 North Blvd., Suite 701 (70802-5707)
   Post Office Box 4412
10 Baton Rouge, LA 70821-4412
   Telephone: (225) 346-0285
11 Facsimile: (225) 376-0253 or 381-9197

12 Attorneys for Defendant AMITECH USA, LLC

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

17 J.W. EBERT CORPORATION,              No. C07 06492 HRL
   a California Corporation,
18
                        Plaintiff,       CERTIFICATE OF SERVICE OF
19                                       NOTICE TO ADVERSE PARTY OF
        vs.                              REMOVAL TO UNITED STATES
20                                       DISTRICT COURT
   AMITECH USA LTD. and Does 1-100,
21
                        Defendant.
22

23

24

25

26

27

28

Amitech Certificate of Service of Notice of Removal to Federal Court (3)   - 1 -
                                                      CERTIFICATE OF SERVICE OF NOTICE OF
                                                      REMOVAL TO UNITED STATES DISTRICT COURT

FILED
2007 DEC 27 P 3: 14
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

E-FILING
ADR

1  I, Susan B. Johnson, the undersigned, hereby declare as follows:

2  1.    I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2.    My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880. On December 27, 2007, I served a true copy of the attached document(s) titled exactly: NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(b) (DIVERSITY); NOTICE TO ADVERSE PARTY OF REMOVAL TO UNITED STATES DISTRICT COURT and CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16; DISCLOSURE STATEMENT OF CORPORATE PARTY; by placing it in an addressed sealed envelope and depositing it in the United States mail, first class postage fully prepaid, to the following:

Steven J. Roth, Esq.
Edward A. Kraus, Esq.
Reed & Roth
333 W. San Carlos St. #1600
San Jose, CA 95110

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of December, 2007, at San Francisco, California.

*[signature]*
Susan B. Johnson

700918553v1

- 2 -

CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT