| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BRUCE A. ERICSON  #76342 |
| 2 | bruce.ericson@pillsburylaw.com<br>BLAINE I. GREEN  #193028 |
| 3 | blaine.green@pillsburylaw.com<br>ROBERT J. NOLAN #235738 |
| 4 | robert.nolan@pillsburylaw.com<br>50 Fremont Street |
| 5 | Post Office Box 7880<br>San Francisco, CA  94120-7880 |
| 6 | Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200 |
| 7 | |
| 8 | PHELPS DUNBAR LLP<br>MICHAEL D. HUNT (Louisiana Bar No. 7061)<br>JANE A. ROBERT (Louisiana Bar No. 19123) |
| 9 | 445 North Blvd., Suite 701 (70802-5707)<br>Post Office Box 4412 |
| 10 | Baton Rouge, LA  70821-4412<br>Telephone:  (225) 346-0285 |
| 11 | Facsimile:  (225) 376-0253 or 381-9197 |
| 12 | Attorneys for Defendant AMITECH USA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 16 | | |
| 17 | J.W. EBERT CORPORATION,<br>a California Corporation, | No. C07-06492 HRL |
| 18 | Plaintiff, | PROOF OF SERVICE OF ORDER<br>SETTING INITIAL CASE |
| 19 | vs. | MANAGEMENT CONFERENCE,<br>STANDING ORDERS AND CLERK'S |
| 20 | AMITECH USA LTD. and Does 1-100, | GUIDELINES |
| 21 | Defendant. | |

I, Susan B. Johnson, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880. On December 28, 2007, I served a true copy of the attached document(s) titled exactly:

    1. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

    2. STANDING ORDERS, including STATING ORDER RE: INITIAL CASE MANAGEMENT AND DISCOVERY DISPUTES; and

    3. CLERK'S GUIDELINES and attached GENERAL ORDERS OF THE NORTHERN DISTRICT OF CALIFORNIA

by placing them in an addressed sealed envelope and depositing it in the United States mail, first class postage fully prepaid, to the following:

> Steven J. Roth, Esq.
> Edward A. Kraus, Esq.
> Reed & Roth
> 333 W. San Carlos St. #1600
> San Jose, CA 95110

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of December, 2007, at San Francisco, California.

                                                              /s/ Susan B. Johnson
                                                                Susan B. Johnson