1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON  #76342
2   bruce.ericson@pillsburylaw.com
   BLAINE I. GREEN  #193028
3   blaine.green@pillsburylaw.com
   ROBERT J. NOLAN #235738
4   robert.nolan@pillsburylaw.com
   50 Fremont Street
5  Post Office Box 7880
   San Francisco, CA  94120-7880
6  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
7
   PHELPS DUNBAR LLP
8  MICHAEL D. HUNT (Louisiana Bar No. 7061)
   JANE A. ROBERT (Louisiana Bar No. 19123)
9  445 North Blvd., Suite 701 (70802-5707)
   Post Office Box 4412
10 Baton Rouge, LA  70821-4412
   Telephone:  (225) 346-0285
11 Facsimile:  (225) 376-0253 or 381-9197

12  Attorneys for Defendant AMITECH USA, LLC

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

17
    J.W. EBERT CORPORATION,              No. C-07-6492-HRL
18  a California Corporation,
                                         **DECLINATION TO PROCEED
19                        Plaintiff,     BEFORE A MAGISTRATE JUDGE
                                                     AND
20       vs.                             REQUEST FOR REASSIGNMENT TO A
                                         UNITED STATES DISTRICT JUDGE**
21  AMITECH USA LTD. and Does 1-100,

22                        Defendant.

23

24       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

25          The undersigned party hereby declines to consent to the assignment of this case to a

26  United States Magistrate Judge for trial and disposition and hereby requests the

27  reassignment of this case to a United States District Judge.

28

1 | Dated: January 2, 2008.

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
BLAINE I. GREEN
ROBERT J. NOLAN
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880

PHELPS DUNBAR LLP
MICHAEL D. HUNT (Louisiana Bar No. 7061)
JANE A. ROBERT (Louisiana Bar No. 19123)
445 North Blvd., Suite 701 (70802-5707)
Post Office Box 4412
Baton Rouge, LA  70821-4412


By _____*/s/ Bruce A. Ericson*_____
          Bruce A. Ericson
Attorneys for Defendant AMITECH USA, LLC
(erroneously sued herein as Amitech USA, Ltd.)