UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J. W. Ebert Corporation, a California corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Amitech USA Ltd, and Does 1-100,<br><br>　　　　Defendants.　　　　　　　　　　　／ | No. C07-06492<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for April 15, 2008 at 1:30 pm. before the Honorable Judge Howard R. Lloyd has been continued to **April 21, 2008 at 10:00 a.m.**, before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on April 7, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: January 3, 2008　　　　　　　　　　　　RICHARD W. WIEKING, Clerk
　　　　　　　　　　　　　　　　　　　　　　　United States District Court


　　　　　　　　　　　　　　　　　　　　　　　/s/*Patty Cromwell*　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　By: Patty Cromwell
　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk for
　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Bruce A. Ericson        bruce.ericson@pillsburylaw.com

Blaine I. Green        bgreen@pillsburywinthrop.com, nallen@pillsburywinthrop.com

Robert John Nolan        robert.nolan@pillsburylaw.com


Michael D Hunt
Phelps Dunbar LLP
445 North Blvd, Suite 701
Post Office box 4412
Baton Rouge, LA 70812-4412