1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON #76342
2    bruce.ericson@pillsburylaw.com
   BLAINE I. GREEN #193028
3    blaine.green@pillsburylaw.com
   ROBERT J. NOLAN #235738
4    robert.nolan@pillsburylaw.com
   50 Fremont Street
5  Post Office Box 7880
   San Francisco, CA 94120-7880
6  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
7
   PHELPS DUNBAR LLP
8  MICHAEL D. HUNT (Louisiana Bar No. 7061)
   JANE A. ROBERT (Louisiana Bar No. 19123)
9  445 North Blvd., Suite 701 (70802-5707)
   Post Office Box 4412
10 Baton Rouge, LA 70821-4412
   Telephone: (225) 346-0285
11 Facsimile: (225) 376-0253 or 381-9197

12 Attorneys for Defendant AMITECH USA, LLC

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

17 | J.W. EBERT CORPORATION,        | No. C-07-6492-HRL
18 | a California Corporation,      |
   |                                | **PROOF OF SERVICE – VIA FEDERAL**
19 |                     Plaintiff, | **EXPRESS**
20 |     vs.                        |
21 | AMITECH USA LTD. and Does 1-100,|
22 |                     Defendant.  |

700925731v1                          - 1 -                    Proof of Service via Federal Express
                                                                        No. C-07-6492-HRL

1   I, David A. Kramlick, the undersigned, hereby declare as follows:

2   1.   I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

3   2.   My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

4   3.   On January 3, 2008, in the city where I am employed, I served a true copy of the attached document(s) titled exactly DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGMENT AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE, by depositing it/them in a box or other facility regularly maintained by FedEx, an express service carrier providing overnight delivery, or delivering it to an authorized courier or driver authorized by the express service carrier to receive document, in an envelope or package designated by the express service carrier, with overnight delivery fees paid or provided for, clearly labeled to identify the person being served at the address shown below:

**[See Attached Service List]**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of January, 2008, at San Francisco, California.

_____
David A. Kramlick

| | |
|---|---|
| 1 | SERVICE LIST |
| 2 | Michael D. Hunt |
|   | Jane A. Robert |
| 3 | Phelps Dunbar LLP |
| 4 | 445 North Boulevard |
|   | Suite 701 |
| 5 | Baton Rouge, LA 70812-4412 |
| 6 | Steven John Roth |
|   | Reed & Roth |
| 7 | 333 West San Carlos Street |
|   | Suite 1600 |
| 8 | San Jose, CA  95110 |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

700925731v1

- 3 -

Proof of Service via Federal Express
No. C-07-6492-HRL