```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON #76342
 2  bruce.ericson@pillsburylaw.com
    BLAINE I. GREEN #193028
 3  blaine.green@pillsburylaw.com
    ROBERT J. NOLAN #235738
 4  robert.nolan@pillsburylaw.com
    50 Fremont Street
 5  Post Office Box 7880
    San Francisco, CA 94120-7880
 6  Telephone: (415) 983-1000
    Facsimile: (415) 983-1200
 7
    PHELPS DUNBAR LLP
 8  MICHAEL D. HUNT (Louisiana Bar No. 7061)
    JANE A. ROBERT (Louisiana Bar No. 19123)
 9  445 North Blvd., Suite 701 (70802-5707)
    Post Office Box 4412
10  Baton Rouge, LA 70821-4412
    Telephone: (225) 346-0285
11  Facsimile: (225) 376-0253 or 381-9197

12  Attorneys for Defendant AMITECH USA, LLC

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16

17  ┌─────────────────────────────┐
18  │ J.W. EBERT CORPORATION,     │   No. C-07-06492-HRL
    │ a California Corporation,   │
19  │                             │   PROOF OF SERVICE – VIA FEDERAL
    │              Plaintiff,     │   EXPRESS
20  │                             │
    │     vs.                     │
21  │                             │
    │ AMITECH USA LTD. and Does   │
22  │ 1-100,                      │
    │              Defendant.     │
23  └─────────────────────────────┘

24

25

26

27

28
```

1     I, <u>Susan B. Johnson</u>, the undersigned, hereby declare as follows:

2     1.     I am over the age of 18 years and am not a party to the within cause. I am
3  employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco,
4  California.

5     2.     My business address is 50 Fremont Street, San Francisco, CA 94105-2228.
6  My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

7     3.     On January 3, 2008, in the city where I am employed, I served a true copy of
8  the attached document(s) titled exactly:

9         1. NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C.
10  § 1441(b) (DIVERSITY);

11        2. CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
12  PURSUANT TO CIVIL LOCAL RULE 3-16; DISCLOSURE STATEMENT OF
13  CORPORATE PARTY;

14        3. NOTICE TO ADVERSE PARTY OF REMOVAL TO UNITED
15  STATES DISTRICT COURT;

16        4. CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF
17  REMOVAL TO UNITED STATES DISTRICT COURT;

18        5. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE
19  AND ADR DEADLINES;

20        6. STANDING ORDERS, including STANDING ORDER RE: INITIAL
21  CASE MANAGEMENT AND DISCOVERY DISPUTES;

22        7. CLERK'S GUIDELINES and attached GENERAL ORDERS OF THE
23  NORTHERN DISTRICT OF CALIFORNIA; and

24        8. PROOF OF SERVICE OF ORDER SETTING INITIAL CASE
25  MANAGEMENT CONFERENCE, STANDING ORDERS AND CLERK'S
26  GUIDELINES,

27  by depositing it/them in a box or other facility regularly maintained by FedEx, an express

28                                          2

1  service carrier providing overnight delivery, or delivering it to an authorized courier or
2  driver authorized by the express service carrier to receive document, in an envelope or
3  package designated by the express service carrier, with overnight delivery fees paid or
4  provided for, clearly labeled to identify the persons being served at the address shown
5  below:

6  Michael D. Hunt
7  Jane A. Robert
   Phelps Dunbar LLP
8  445 North Boulevard
   Suite 701
9  Baton Rouge, LA 70812-4412

10

11  I declare under penalty of perjury that the foregoing is true and correct. Executed
12  this 3rd day of January, 2008, at San Francisco, California.

13

14                                            /s/ Susan B. Johnson
                                              Susan B. Johnson
15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    3

700926814v1
PROOF OF SERVICE – VIA FEDERAL EXPRESS