1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON #76342
2  bruce.ericson@pillsburylaw.com
   BLAINE I. GREEN #193028
3  blaine.green@pillsburylaw.com
   ROBERT J. NOLAN #235738
4  robert.nolan@pillsburylaw.com
   50 Fremont Street
5  Post Office Box 7880
   San Francisco, CA 94120-7880
6  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
7
   PHELPS DUNBAR LLP
8  MICHAEL D. HUNT (Louisiana Bar No. 7061)
   JANE A. ROBERT (Louisiana Bar No. 19123)
9  445 North Blvd., Suite 701 (70802-5707)
   Post Office Box 4412
10 Baton Rouge, LA 70821-4412
   Telephone: (225) 346-0285
11 Facsimile: (225) 376-0253 or 381-9197

12 Attorneys for Defendant AMITECH USA, LLC

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

| | |
|---|---|
| J.W. EBERT CORPORATION,<br>a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMITECH USA LTD. and Does 1-100,<br><br>Defendant. | No. C-07-6492-JW<br><br>**DECLARATION OF CHARLES DANIELSON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(3)**<br><br>Date:    March 17, 2008<br>Time:    9 a.m.<br>Court:   8, 4th Floor |

1   I, CHARLES DANIELSON, declare as follows:

2   1.   I am Customer Service Manager of **AMITECH USA, LLC** ("Amitech")
3   and I am generally responsible for all contracts including the contract entered into with the
4   defendant in this action. This is the entity erroneously sued in this action as Amitech USA,
5   Ltd. I make this declaration in support of Amitech's motion to dismiss this action for
6   improper venue. If called as a witness, I could and would testify competently and of my
7   own personal knowledge to the facts stated below.

8   2.   Amitech was at the time of the filing of this action and still is a limited
9   liability company organized under the laws of the State of Louisiana, with its principal
10  place of business at 18585 Samuels Road, Zachary, Louisiana 70791. Amitech
11  manufactures commercial pipe.

12  3.   Amitech has no offices in California. The sole member of Amitech is the
13  Saudi Arabian Amiantit Company ("Amiantit"), an entity created under the laws of Saudi
14  Arabia and headquartered in Saudi Arabia.

15  4.   In March 2006, Amitech entered into an agreement (the "Agreement") with
16  the plaintiff, J.W. Ebert Corporation ("Ebert"). The Agreement is attached in Exhibit A to
17  Ebert's First Amended Complaint ("FAC") in this action.

18  5.   The Agreement contemplated that Amitech would manufacture 84-inch
19  diameter "Flowtite" sewer pipes for the project entitled "84" RCP Interceptor
20  Rehabilitation Phase VIB." Amitech did this work. Amitech manufactured the pipe in
21  Louisiana. All of Amitech's work was done in Louisiana. None of it was done in
22  California.

23  6.   The Agreement specifically provides that the pipe was to be delivered "1.
24  F.O.B. – Plant, Zachary, LA.: Pick pipe up at the plant, buyer to unload." In other words,
25  Ebert was to pick up the pipe and take possession of it and legal title to it in Zachary,
26  Louisiana. This is in fact what happened. None of the pipe was delivered in California.

27  7.   The Agreement also contains these provisions:

28

1    1. ENTIRE AGREEMENT. The provisions on the face hereof and these Terms and Conditions of Sale constitute the entire agreement between Amitech USA, LLC ("Amitech") and the Buyer and supersedes Buyer's purchase order and all other prior communications between the parties, written or oral. Any terms in any future communication from Buyer containing additional or contrary terms are rejected, unless accepted in writing by an authorized representative of Amitech.

FAC Ex. A at 11 ¶ 1.

11. APPLICABLE LAW AND JURISDICTION. The terms and conditions of sale are subject to and will be construed in accordance with the substantive laws of the State of Louisiana, exclusive of its conflicts of law principals [sic]. Amitech and Buyer expressly agree that original jurisdiction of any dispute arising under or pursuant to the Agreement shall lie in the Court of East Baton Rouge Parish, Baton Rouge, LA except in the event that Amitech, in its sole discretion, elects to cause any dispute hereunder to be adjudicated by binding arbitration. In that event, each of the parties hereto shall select one arbitrator, and the two thus selected shall select a third, which three arbitrators shall hear and determine the dispute between the parties.

FAC Ex. A at 11 ¶ 11.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of January, 2008, at Zachary, Louisiana.

*[signature]*
Charles Danielson

BR.531919.1

Declaration of Charles Danielson,
No. C-07-6492-HRL