1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON  #76342
2    bruce.ericson@pillsburylaw.com
    BLAINE I. GREEN  #193028
3    blaine.green@pillsburylaw.com
    ROBERT J. NOLAN #235738
4    robert.nolan@pillsburylaw.com
    50 Fremont Street
5   Post Office Box 7880
    San Francisco, CA  94120-7880
6   Telephone: (415) 983-1000
    Facsimile: (415) 983-1200
7
    PHELPS DUNBAR LLP
8   MICHAEL D. HUNT (Louisiana Bar No. 7061)
    JANE A. ROBERT (Louisiana Bar No. 19123)
9   445 North Blvd., Suite 701 (70802-5707)
    Post Office Box 4412
10  Baton Rouge, LA  70821-4412
    Telephone:  (225) 346-0285
11  Facsimile:  (225) 376-0253 or 381-9197

12  Attorneys for Defendant AMITECH USA, LLC

13                 UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                   SAN JOSE DIVISION

16

17  J.W. EBERT CORPORATION,                      No. C-07-6492-JW
    a California Corporation,
18                                               **[PROPOSED] ORDER DISMISSING**
                            Plaintiff,           **FIRST AMENDED COMPLAINT**
19                                               **PURSUANT TO FED. R. CIV. P.**
           vs.                                   **12(B)(3)**
20
    AMITECH USA LTD. and Does 1-100,             Date:      March 17, 2008
21                                               Time:      9:00 a.m.
                            Defendant.           Court:     Courtroom 8, 4th Floor
22

23

24

25

26

27

28

700928513v1

1    The motion to dismiss filed by AMITECH USA, LLC (erroneously named as

2    Amitech USA, Ltd.)("Amitech" or "Defendant")) came on for a regularly scheduled

3    hearing on March 17, 2008, at 9:00 a.m., in Courtroom #8 of the above-named Court.

4    Bruce A. Ericson and Blaine I. Green of Pillsbury Winthrop Shaw Pittman LLP appeared

5    for the Amitech, and _____ appeared for plaintiff J.W. EBERT

6    CORPORATION ("Ebert" or "Plaintiff").

7    The Court, having considered the papers submitted in support of and in opposition

8    to the motion to dismiss of Amitech, and having heard the arguments of counsel, and good

9    cause appearing,

10    IT IS HEREBY ORDERED that the motion to dismiss of defendant Amitech is

11    granted because venue in this Court is not proper.  Fed. R. Civ. P. 12(b)(3); *Argueta v.*

12    *Banco Mexicano, S.A.* 87 F.3d 320, 325 (9th Cir. 1996).

13    A valid contractual forum selection clause applies to Plaintiff's claims and requires

14    that this dispute be resolved in the Court of East Baton Rouge Parish, located in Baton

15    Rouge, Louisiana.  First Amended Complaint, Ex. A ("Terms and Conditions of Sale"), at

16    11, ¶ 11.  Specifically, Amitech and Ebert agreed "that original jurisdiction of any dispute

17    arising under or pursuant to the Agreement shall lie in the Court of East Baton Rouge

18    Parish, Baton Rouge, LA except in the event that Amitech, in its sole discretion, elects to

19    cause any dispute hereunder to be adjudicated by binding arbitration."  *Id.*

20    Based upon Plaintiff's contractual undertaking, this Court is an improper venue for

21    litigating Plaintiff's claims and this action must be dismissed.  *Argueta v. Banco Mexicano,*

22    *S.A.* 87 F.3d at 325 (dismissal proper under Fed. R. Civ. P. 12(b)(3) based on forum

23    selection clause); *Manetti-Farrow, Inc. v. Gucci America, Inc.,* 858 F.2d 509, 515 n.8 (9th

24    Cir. 1988) (forum selection clause applies to tort—as well as contract claims—that depend

25    on interpretation of contract).

26    Dated:  March __, 2008.

27    _____
       Hon. James Ware
28    United States District Judge

700928513v1                        - 1 -