UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

J.W. EBERT CORPORATION,

        Plaintiff,

  v.

AMITECH USA LTD., ET AL. et al,

        Defendant.

Case Number: CV07-06492 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jane A Robert
Phelps and Dunbar LLP
445 North Blvd
Suite 701
Post Office Box 4412
Baton Rouge, LA 70821-4412

Michael D Hunt
Phelps Dunbar LLP
445 North Blvd
Suite =701
Post Office box 4412
Baton Rouge, LA 70812-4412

Dated: January 8, 2008

                                        Richard W. Wieking, Clerk
                                        By: Tiffany Salinas-Harwell, Deputy Clerk