UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W. EBERT CORPORATION,<br><br>             Plaintiff,<br><br>   v.<br><br>AMITECH USA LTD., ET AL. et al,<br><br>             Defendant.<br>_____/ | Case Number: CV07-06492 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven John Roth
Reed & Roth
333 West San Carlos Street
Suite 1600
San Jose, CA 95110

Dated: January 8, 2008

                              Richard W. Wieking, Clerk
                              By: Tiffany Salinas-Harwell, Deputy Clerk