Peter A. Liebow, Esq. (SBN 116696)
Edward A. Kraus, Esq. (SBN 162043)
CREECH, LIEBOW & KRAUS
333 West San Carlos Street, Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

Steven J. Roth, Esq. (SBN 77963)
REED & ROTH, INC.
333 West San Carlos Street, Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

Attorneys for Plaintiff,
J.W. EBERT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W. EBERT CORPORATION, a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>AMITECH USA LTD. and Does 1-100,<br><br>    Defendant. | Case No.: C07-6492-JW<br><br>**DEMAND FOR JURY TRIAL** |

   NOTICE IS HEREBY GIVEN that Plaintiff, J.W. EBERT CORPORATION demands a jury trial in this action.

DATED: January 10, 2008        CREECH, LIEBOW & KRAUS

                  By: _____/s/_____
                     EDWARD A. KRAUS
                     Attorney for Plaintiff,
                     J.W. EBERT CORPORATION

DEMAND FOR JURY TRIAL