Peter A. Liebow, Esq. (SBN 116696)
Edward A. Kraus, Esq. (SBN 162043)
CREECH, LIEBOW & KRAUS
333 West San Carlos Street, Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

Attorneys for Plaintiff,
J.W. EBERT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W. EBERT CORPORATION, a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>AMITECH USA LTD. and Does 1-100,<br><br>    Defendant. | Case No.: C07-6492-JW<br><br>**REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(3)**<br><br>**Date:  March 14, 2008**<br>**Time:  9:00 a.m.**<br>**Courtroom:  8** |

Plaintiff J.W. EBERT CORPORATION hereby requests that this Court, pursuant to Federal Rule of Evidence 201, take judicial notice of the following document:

1.    A true and correct copy of the First Amended Complaint filed in the Santa Clara County Superior Court on November 16, 2007, and removed to the United States District Court, Northern District of California, Case No. C07-2376 MMC, on December 27, 2007.

DATED: February 25, 2008                    CREECH, LIEBOW & KRAUS


                                By: _____/s/_____
                                    EDWARD A. KRAUS
                                    Attorney for Plaintiff,
                                    J.W. EBERT CORPORATION

---

REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(3)

1

L:\JWEbe-01\Motion to Dismiss\Request For Judicial Notice (2.22.08).doc