| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|  | BRUCE A. ERICSON  #76342 |
| 2 | bruce.ericson@pillsburylaw.com |
|  | BLAINE I. GREEN  #193028 |
| 3 | blaine.green@pillsburylaw.com |
|  | ROBERT J. NOLAN #235738 |
| 4 | robert.nolan@pillsburylaw.com |
|  | 50 Fremont Street |
| 5 | Post Office Box 7880 |
|  | San Francisco, CA  94120-7880 |
| 6 | Telephone: (415) 983-1000 |
|  | Facsimile: (415) 983-1200 |
| 7 | |
|  | PHELPS DUNBAR LLP |
| 8 | MICHAEL D. HUNT (Louisiana Bar No. 7061) |
|  | JANE A. ROBERT (Louisiana Bar No. 19123) |
| 9 | 445 North Blvd., Suite 701 (70802-5707) |
|  | Post Office Box 4412 |
| 10 | Baton Rouge, LA  70821-4412 |
|  | Telephone:  (225) 346-0285 |
| 11 | Facsimile:  (225) 376-0253 or 381-9197 |
| 12 | Attorneys for Defendant AMITECH USA, LLC |

13   UNITED STATES DISTRICT COURT

14   NORTHERN DISTRICT OF CALIFORNIA

15   SAN JOSE DIVISION

| | | |
|---|---|---|
| 17 | J.W. EBERT CORPORATION, a California Corporation, | No. C-07-6492-JW |
| 18 | | **STIPULATION TO TAKE MOTION TO DISMISS FIRST AMENDED COMPLAINT [DKTS. 10-12] OFF CALENDAR PENDING COMPLETION OF SETTLEMENT; AND PROPOSED ORDER** |
| 19 | Plaintiff, | |
| 20 | vs. | |
| 21 | AMITECH USA LTD. and Does 1-100, | |
| 22 | Defendant. | |

700999530v1

**RECITALS**

A.  On January 4, 2008, defendant filed a motion to dismiss (Dkts. 10-12), which is set for hearing on March 17, 2008 at 9 a.m.

B.  On February 22, 2008, the parties met face-to-face pursuant to Fed. R. Evid. 408 and reached agreement on the terms of a settlement, which is to be embodied in a definitive written settlement agreement.

C.  The parties agreed that the written settlement agreement is to be signed by March 13, 2008, payment is to be made by March 20, 2008 and a dismissal with prejudice of this action is to occur immediately after payment is received.

D.  The parties therefore wish to take the hearing set for March 17, 2008 off calendar pending completion of their settlement.

E.  At the suggestion of the Court's courtroom deputy, the parties are submitting this stipulation to take the hearing off calendar and to give the Court an opportunity to set a date by which the parties will show cause why the action should not be dismissed if, by that date, they have not completed their settlement.

**STIPULATION**

Plaintiff, J.W. EBERT CORP., and defendant, AMITECH USA LLC (sued herein as Amitech USA Ltd.), by their respective attorneys of record, hereby stipulate as follows and request that the Court enter an order embodying their stipulation:

1.  The parties hereby agree, pursuant to Civil Local Rules 6-1(a) and 7-7(b)(1), to take off calendar the hearing on defendant's motion to dismiss (Dkts. 10-12), which currently is set for March 17, 2008 at 9 a.m.  The purpose of the continuance is to allow the parties to complete their settlement agreement, pursuant to which it is contemplated that this action will be dismissed.

2.  The parties further agree that, if they do not complete their settlement and file a dismissal with prejudice of this action by March 27, 2008, the Court may set a date convenient to the Court for a show-cause hearing at which they will be required to show cause why this action should not be dismissed.  The parties respectfully suggest that such a

hearing be set for some time in April (say, April 21) with any memoranda showing cause as to why the action should not be dismissed to be filed three weeks before the hearing (say, March 31) and any response thereto to be filed two weeks before the hearing (say, April 7).

Dated: February 26, 2008.

```
                              EDWARD A. KRAUS
                              CREECH, LIEBOW & KRAUS
                              333 W. San Carlos Street, Suite 1600
                              San Jose, CA  95110

                              By      /s/ Edward A. Kraus
                                         Edward A. Kraus
                              Attorneys for Plaintiff J.W. EBERT CORP.

                              PILLSBURY WINTHROP SHAW PITTMAN LLP
                              BRUCE A. ERICSON
                              BLAINE I. GREEN
                              ROBERT J. NOLAN
                              50 Fremont Street
                              Post Office Box 7880
                              San Francisco, CA  94120-7880

                              PHELPS DUNBAR LLP
                              MICHAEL D. HUNT
                              JANE A. ROBERT
                              445 North Blvd., Suite 701 (70802-5707)
                              Post Office Box 4412
                              Baton Rouge, LA  70821-4412

                              By      /s/ Bruce A. Ericson
                                         Bruce A. Ericson
                              Attorneys for Defendant AMITECH USA, LLC
```

## DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on February 26, 2008, at San Francisco, California.

```
                                       /s/ Bruce A. Ericson
                                          Bruce A. Ericson
```

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The hearing on defendant's motion to dismiss (Dkts. 10-12), currently set for March 17, 2008 at 9 a.m., is hereby taken off calendar.

2. A hearing re: order to show cause why this action should not be dismissed with prejudice is hereby set for April __, 2008, at __ a.m.

3. Any memoranda showing cause as to why the action should not be dismissed must be e-filed by March/April __, 2008.

4. Any response thereto must be e-filed by April __, 2008.

5. The dates set by paragraphs 2 through 4 above shall be vacated provided that the parties dismiss this action with prejudice by March 27, 2008.

Dated: February __, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　Hon. James Ware
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge