1                      Docket No. C-07-6492-JW

2                      <u>PROOF OF SERVICE BY MAIL</u>

3      I, Winnifred J. Girard, the undersigned, hereby declare as follows:

4      1.      I am over the age of 18 years and am not a party to the within cause. I am

5 employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco,

6 California.

7      2.      My business address is 50 Fremont Street, San Francisco, CA 94105-2228.

8 My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

9      3.      I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for

10 collection and processing of correspondence for mailing with the United States Postal

11 Service; in the ordinary course of business, correspondence placed in interoffice mail is

12 deposited with the United States Postal Service with first class postage thereon fully

13 prepaid on the same day it is placed for collection and mailing.

14      4.      On February 27, 2008, at 50 Fremont Street, San Francisco, California, I

15 served a true copy of the attached document(s) titled exactly STIPULATION TO TAKE

16 MOTION TO DISMISS FIRST AMENDED COMPLAINT [DKTS. 10-12] OFF

17 CALENDAR PENDING COMPLETION OF SETTLEMENT; AND PROPOSED ORDER

18 by placing it/them in an addressed, sealed envelope clearly labeled to identify the person

19 being served at the address shown below and placed in interoffice mail for collection and

20 deposit in the United States Postal Service on that date following ordinary business

21 practices:

22 Michael D. Hunt Esq.
23 Phelps Dunbar LLP
     445 North Boulevard
24 Suite 701
     P.O. Box 4412
25 Baton Rouge LA 70821-4412

26

27

28

| | |
|---|---|
| 1 | Jane A. Robert |
| | Phelps Dunbar LLP |
| 2 | City Plaza |
| | 445 North Boulevard |
| 3 | Suite 701 |
| | P.O. Box 4412 |
| 4 | Baton Rouge LA 70821-4412 |
| 5 | |
| | Steven J. Roth Esq. |
| 6 | Reed & Roth |
| | 333 W. San Carlos Street |
| 7 | Suite 1600 |
| | San Jose CA 95110 |
| 8 | |

9  
10    I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of February, 2008, at San Francisco, California.
11
12
13   _____
         Winnifred J. Girard
14