1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON  #76342
2  bruce.ericson@pillsburylaw.com
   BLAINE I. GREEN  #193028
3  blaine.green@pillsburylaw.com
   ROBERT J. NOLAN #235738
4  robert.nolan@pillsburylaw.com
   50 Fremont Street
5  Post Office Box 7880
   San Francisco, CA  94120-7880
6  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
7
   PHELPS DUNBAR LLP
8  MICHAEL D. HUNT (Louisiana Bar No. 7061)
   JANE A. ROBERT (Louisiana Bar No. 19123)
9  445 North Blvd., Suite 701 (70802-5707)
   Post Office Box 4412
10 Baton Rouge, LA  70821-4412
   Telephone:  (225) 346-0285
11 Facsimile:  (225) 376-0253 or 381-9197

12 Attorneys for Defendant AMITECH USA, LLC

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

17 J.W. EBERT CORPORATION,                No. C-07-6492-JW
   a California Corporation,
18                                        **STIPULATION TO TAKE MOTION
                          Plaintiff,      TO DISMISS FIRST AMENDED
19                                        COMPLAINT [DKTS. 10-12] OFF
         vs.                              CALENDAR PENDING
20                                        COMPLETION OF SETTLEMENT;
   AMITECH USA LTD. and Does 1-100,       AND PROPOSED ORDER**
21
                          Defendant.
22

**RECITALS**

A. On January 4, 2008, defendant filed a motion to dismiss (Dkts. 10-12), which is set for hearing on March 17, 2008 at 9 a.m.

B. On February 22, 2008, the parties met face-to-face pursuant to Fed. R. Evid. 408 and reached agreement on the terms of a settlement, which is to be embodied in a definitive written settlement agreement.

C. The parties agreed that the written settlement agreement is to be signed by March 13, 2008, payment is to be made by March 20, 2008 and a dismissal with prejudice of this action is to occur immediately after payment is received.

D. The parties therefore wish to take the hearing set for March 17, 2008 off calendar pending completion of their settlement.

E. At the suggestion of the Court's courtroom deputy, the parties are submitting this stipulation to take the hearing off calendar and to give the Court an opportunity to set a date by which the parties will show cause why the action should not be dismissed if, by that date, they have not completed their settlement.

**STIPULATION**

Plaintiff, J.W. EBERT CORP., and defendant, AMITECH USA LLC (sued herein as Amitech USA Ltd.), by their respective attorneys of record, hereby stipulate as follows and request that the Court enter an order embodying their stipulation:

1. The parties hereby agree, pursuant to Civil Local Rules 6-1(a) and 7-7(b)(1), to take off calendar the hearing on defendant's motion to dismiss (Dkts. 10-12), which currently is set for March 17, 2008 at 9 a.m. The purpose of the continuance is to allow the parties to complete their settlement agreement, pursuant to which it is contemplated that this action will be dismissed.

2. The parties further agree that, if they do not complete their settlement and file a dismissal with prejudice of this action by March 27, 2008, the Court may set a date convenient to the Court for a show-cause hearing at which they will be required to show cause why this action should not be dismissed. The parties respectfully suggest that such a

1   hearing be set for some time in April (say, April 21) with any memoranda showing cause as

2   to why the action should not be dismissed to be filed three weeks before the hearing (say,

3   March 31) and any response thereto to be filed two weeks before the hearing (say, April 7).

4       Dated:  February 26, 2008.

5                               EDWARD A. KRAUS
                            CREECH, LIEBOW & KRAUS

6                               333 W. San Carlos Street, Suite 1600
                            San Jose, CA  95110

7

                            By      */s/ Edward A. Kraus*

8                                          Edward A. Kraus
                            Attorneys for Plaintiff J.W. EBERT CORP.

9                               PILLSBURY WINTHROP SHAW PITTMAN LLP

10                              BRUCE A. ERICSON
                            BLAINE I. GREEN

11                              ROBERT J. NOLAN
                            50 Fremont Street

12                              Post Office Box 7880
                            San Francisco, CA  94120-7880

13
                            PHELPS DUNBAR LLP

14                              MICHAEL D. HUNT
                            JANE A. ROBERT

15                              445 North Blvd., Suite 701 (70802-5707)
                            Post Office Box 4412

16                              Baton Rouge, LA  70821-4412

17                              By      */s/ Bruce A. Ericson*

18                                         Bruce A. Ericson
                            Attorneys for Defendant AMITECH USA, LLC

19

20                **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

21      I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I

22  have obtained the concurrence in the filing of this document from each of the other

23  signatories listed above.

24      I declare under penalty of perjury that the foregoing declaration is true and correct.

25      Executed on February 26, 2008, at San Francisco, California.

26                                      */s/ Bruce A. Ericson*
                                      Bruce A. Ericson

27

28

1                                       **[PROPOSED] ORDER**

2      Pursuant to the foregoing stipulation, and good cause appearing,

3      IT IS HEREBY ORDERED that:

4      1.      The hearing on defendant's motion to dismiss (Dkts. 10-12), currently set for

5 March 17, 2008 at 9 a.m., is hereby taken off calendar.  The motion is ordered terminated.

6      2.      A hearing re: order to show cause why this action should not be dismissed

7 with prejudice is hereby set for **April 14, 2008 at 9 a.m.**

8      3.      Any memoranda showing cause as to why the action should not be dismissed

9 must be e-filed by **April 4, 2008.**

10      4.      Any response thereto must be e-filed by April _4_, 2008.

11      5.      The dates set by paragraphs 2 through 4 above shall be vacated provided that

12 the parties dismiss this action with prejudice by March 27, 2008.

13      Dated: March 3, 2008

14

15                                    _____

                                       Hon. James Ware

16                                    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28