Peter A. Liebow, Esq. (SBN 116696)
Edward A. Kraus, Esq. (SBN 162043)
CREECH, LIEBOW & KRAUS
333 West San Carlos Street, Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

Attorneys for Plaintiff,
J.W. EBERT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| J.W. EBERT CORPORATION, a California Corporation, | ) ) | Case No.: C07-6492-JW |
|---|---|---|
| Plaintiff, | ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ) ) ) | **Date: April 14, 2008**<br>**Time: 9:00 a.m.**<br>**Courtroom: 8** |
| AMITECH USA LTD. and Does 1-100, | ) ) ) | |
| Defendant. | ) ) | |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiff J.W. EBERT CORPORATION voluntarily dismisses the above-captioned action, with prejudice. Each party to bear their own fees and costs.

DATED: April 3, 2008                    CREECH, LIEBOW & KRAUS

                                         By: _____/s/_____
                                             EDWARD A. KRAUS
                                             Attorney for Plaintiff,
                                             J.W. EBERT CORPORATION

NOTICE OF VOLUNTARY DISMISSAL                                                   1