Peter A. Liebow, Esq. (SBN 116696)
Edward A. Kraus, Esq. (SBN 162043)
CREECH, LIEBOW & KRAUS
333 West San Carlos Street, Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

Attorneys for Plaintiff,
J.W. EBERT CORPORATION

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W. EBERT CORPORATION, a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AMITECH USA LTD. and Does 1-100,<br><br>　　　　　Defendant. | Case No.: C07-6492-JW<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**Date: April 14, 2008**<br>**Time: 9:00 a.m.**<br>**Courtroom: 8** |

　　　NOTICE IS HEREBY GIVEN that, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiff J.W. EBERT CORPORATION voluntarily dismisses the above-captioned action, with prejudice. Each party to bear their own fees and costs.

DATED: April 3, 2008　　　　　　　　　　CREECH, LIEBOW & KRAUS

　　　　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　EDWARD A. KRAUS
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　J.W. EBERT CORPORATION

---

NOTICE OF VOLUNTARY DISMISSAL　　　　　　　　　　　　　　　　　　1

L:\JWEbe-01\Pleadings\Notice of Voluntary Dismissal (4.3.08).doc